# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PATRICIA ROBERSON, as SURVIVING SPOUSE OF ERIC DAMON ROBERSON, and PATRICIA ROBERSON, as ADMINISTRATOR OF THE ESTATE OF ERIC DAMON ROBERSON, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BRIDGESTONE AMERICAS TIRE OPERATIONS LLC, | ) ) ) |
| Defendant. | ) ) |
| JAMES D. SEWELL, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, | ) ) ) |
| Defendant. | ) |

CONSOLIDATED
CIVIL ACTION FILE
NO. 1:10-CV-0291-JOF

**DEFENDANT BRIDGESTONE AMERICAS
TIRE OPERATIONS, LLC'S MOTION IN LIMINE TO
<u>EXCLUDE THE TESTIMONY OF DANA S. DEBOSKEY, PH.D.</u>**

COMES NOW Defendant Bridgestone Americas Tire Operations, LLC ("BATO"), and hereby files this Motion In Limine to Exclude the Testimony of Dana S. DeBoskey, Ph.D. ("Dr. DeBoskey") as her testimony is irrelevant.  If allowed to testify, Dr. DeBoskey will opine that Plaintiff James Sewell suffers from PTSD, cognitive disorder, major depression, and pain disorder as a result of witnessing Eric Roberson's ("Roberson") death.  Because Georgia's physical impact rule prohibits awarding damages to a plaintiff for emotional injuries not caused by a physical impact, Dr. DeBoskey's testimony is irrelevant.

In support of this Motion, BATO relies upon the following:

- All pleadings and discovery in this case;

- Deposition of Dana S. DeBoskey, Ph.D., taken May 4, 2011, and exhibits thereto, filed simultaneously herewith; and

- BATO's Memorandum of Law in support of its Motion in Limine to Exclude the Testimony of Dana S. DeBoskey Ph.D., filed simultaneously herewith.

Respectfully submitted this 3rd day of August, 2011.

HOLLAND & KNIGHT LLP

*/s/ Alfred B. Adams III*
Alfred B. Adams III

                                          Georgia Bar No. 002300
                                          Caroline J. Tanner
                                          Georgia Bar No. 392580
                                          John M. Hamrick
                                          Georgia Bar No. 322079

Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia  30309-3453
(404) 817-8500
(404) 881-0470 (fax)
al.adams@hklaw.com
caroline.tanner@hklaw.com
john.hamrick@hklaw.com

                                          Attorneys for Bridgestone Americas Tire
                                          Operations, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed with the Clerk of Court this **DEFENDANT BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF DANA S. DEBOSKEY** using the CM/ECF system, which will forward a copy to the following parties of record as follows:

andy@sbsf-law.com<br>
greg@sbsf-law.com<br>
hoyt7804@comcast.net<br>
dsnipes@ftrsm.com

I hereby certify that on this day I served a true and correct copy of the same by placing it in the United States Mail, first class postage prepaid, and properly addressed as follows:

NONE

This 3rd day of August, 2011.

                                             */s/ Alfred B. Adams III*
                                             Alfred B. Adams III
                                             Georgia Bar No. 002300